DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**A. DOE,** on behalf of herself and as parent and natural guardian of
minor children, **L. Doe 1** and **L. Doe 2**,
Appellants,

v.

**MALISSA TIGGES, PSY.D.,** and **ALLIANCE FOR PSYCHOLOGICAL
SERVICES, INC.,**
Appellees.

No. 4D2025-1377

[April 2, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Caryn Siperstein, Judge; L.T. Case No. 2024-CA-004859-
XXXA-MB.

A. Doe, Tallahassee, pro se.

Hinda Klein of Conroy Simberg, Hollywood, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHAW and LOTT, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***